UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**TRENTON**                                                                                                   **April 26, 2023**
**OFFICE**                                                                                                    DATE OF PROCEEDINGS

**JUDGE: TONIANNE BONGIOVANNI**
ESR: John Moller


**TITLE OF CASE**:                                                                   19-CV-18710 (GC)

PFALTZGRAFF FACTORY STORES, INC.
     V.
JAY IMPORT COMPANY, INC.


**APPEARANCES:**

Jenny Gu, Esq., for plaintiff
Jonathan Hochman, Esq., for plaintiff
Michael Steinmetz, Esq., for defendant


**NATURE OF PROCEEDING:**

Discovery Conference held.
Discovery rulings made on the record.
A zoom demonstration relating to electronic discovery issues is to be scheduled.


TIME COMMENCED:     10:19 a.m.
TIME ADJOURNED:     11:46 a.m.                       s/ John Moller
TOTAL TIME:   1 HOUR 27 MINUTES              Deputy Clerk