UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

OFFICE: TRENTON                                                  DATE: 3/25/2024
JUDGE GEORGETTE CASTNER
COURT REPORTER: KIM WILSON

TITLE OF CASE:                                                   19-CV-18710(GC)(TJB)
PFALTZGRAFF FACTORY STORES, INC.
v.
JAY IMPORT COMPANY, INC.

APPEARANCES:
Jenny Gu Esq., and Johnathan Hochman for Plaintiff
Michael Steinmetz, Esq. for Defendant

NATURE OF PROCEEDINGS: TELEPHONE STATUS CONFERENCE

Telephone Conference Held.
Order to issue.


TIME COMMENCED:     3:02 p.m.
TIME ADJOURNED:     3:24 p.m.
TOTAL TIME:         22 mins

                                                s/  *Jamie Quinn*
                                                   **Deputy Clerk**