UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---------------------------------------------------------------- x
PFALTZGRAFF FACTORY :
STORES, INC., :
       Plaintiff/Counterclaim-Defendant, :
            -against- : Civil Action No.:
: 3:19-cv-18710 (GC) (TJB)
:
JAY IMPORT COMPANY, INC., :
:
       Defendant/Counterclaim-Plaintiff. :
---------------------------------------------------------------- x

### Discovery Schedule

The Parties respectfully submit this proposed discovery schedule in accordance with Judge Castner's Order from March 26, 2024 (Dkt. No. 70).

1. The deadline to complete fact discovery shall be **July 15, 2024**.
2. The deadline to complete initial expert reports shall be **September 13, 2024**.
3. The deadline to complete rebuttal expert reports shall be **October 11, 2024**.
4. The deadline to complete expert depositions shall be **November 8, 2024**.
5. Motions for summary judgment shall be filed by **December 20, 2024**.

The Parties have consented to this proposed schedule.

6. A status telephone conference shall be held on June 11th 2024 at 10 AM

Dated: April 8, 2024

**LASSER HOCHMAN, LLC**

By: /s/ Richard L. Zucker
    Richard L. Zucker, Esq.
75 Eisenhower Parkway
Roseland, New Jersey 07068

- and -

**GARSON SEGAL STEINMETZ FLADGATE LLP**

By: /s/ Michael M. Steinmetz
    Michael M. Steinmetz
164 West 25th Street, 11R
New York, NY 10001
*Attorneys for Defendant/Counterclaim-Plaintiff Jay Import Company, Inc.*

So Ordered 4/9/24
[signature]

**SCHINDLER COHEN & HOCHMAN LLC**

By: /s/ Jonathan L. Hochman
   Jonathan L. Hochman (pro hac vice)
   Jenny C. Gu (pro hac vice)
100 Wall Street, 15th Floor
New York, NY 10005
*Attorneys for Plaintiff/Counterclaim-Defendant Pfaltzgraff Factory Stores, Inc*